# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201800012

_____

## UNITED STATES OF AMERICA
Appellee

v.

## ETHAN A. AUGSBURGER
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Forrest W. Hoover, USMC.
Convening Authority: Commanding Officer, Headquarters and
Support Battalion, School of Infantry-East, Training Command,
Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major Nicholas A. Martz,
USMC.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 22 May 2018

_____

Before HUTCHISON, FULTON, and GEIS, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court